

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00096-CV

---

PRIME CARGO GROUP, INC., Appellant

V.

QUEVIN RIVERA, Appellee

---

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV45466

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:  December 16, 2024
Date Decided:   December 17, 2024